STUART T. BARASCH, ESQ.
Of Counsel, Olinsky Law Group
P.O. Box 961718
El Paso, TX 79996
Telephone: (213) 621-7622
Facsimile: (213) 621-2536
Email: Stuartbarasch@gmail.com

Attorney for Plaintiff, Michelle Marie Smith

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA- LOS ANGELES DIVISION

MICHELLE MARIE SMITH,

        Plaintiff,        CASE NO.: 2:19-cv-06803-MAA

  -v-

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.

**PROPOSED ORDER AWARDING ATTORNEY'S FEES PURSUANT TO THE   EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412 (d)**

Before the Court is a Motion for Attorney's Fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). Based on the pleadings as well as the position of the defendant commissioner, and recognizing Plaintiff's waiver of direct payment and assignment of EAJA to her counsel,

1

IT IS HEREBY ORDERED that **attorney fees and expenses** in the amount of Five Thousand Dollars ($5,000.00) pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d) are awarded to Plaintiff.

If the U.S. Department of the Treasury determines that Plaintiff's EAJA fees, expenses, and costs are not subject to offset allowed under the Department of the Treasury's Offset Program (TOPS), then the check for EAJA fees, expenses, and costs may be made payable to Plaintiff's Attorneys Of Counsel firm,

**Olinsky Law Group** EIN 26-2258247

Whether the check is made payable to Plaintiff or to Olinsky Law Group, **the check shall be mailed to the following address:**

**Olinsky Law Group**
**250 S Clinton St Ste 210**
**Syracuse NY 13202**

So ordered.

Date:  12/17/20

_____
Maria A. Audero
United States Magistrate Judge

[Proposed Order proffer: Stuart T. Barasch; copy to Lara A. Bradt]